UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENIA FRANCISCO,

                    Plaintiff,

        -v-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

25-CV-4685 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    To conserve resources, promote judicial efficiency, and achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they consent, under 28 U.S.C § 636(c), to conducting all further proceedings before a Magistrate Judge.

    If both parties consent to proceed before a Magistrate Judge, counsel for the defendant must, within two weeks of the date on which Defendant enters an appearance, email to Oetken_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. If the Court approves that form, all further proceedings will then be conducted before a Magistrate Judge.

    If either party does not consent to conducting all further proceedings before a Magistrate Judge, the parties must file a joint letter, within two weeks on which Defendant enters an appearance, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.

    SO ORDERED.

Dated: June 6, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge