UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENIA F.,<br><br>                    Plaintiff,<br><br>          -against-<br><br>COMMISSIONER OF SOCIAL SECURITY.,<br><br>                    Defendant. | 25 CIVIL 04685 (GRJ)<br><br>**<u>JUDGMENT</u>** |

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Decision and Order dated May 19, 2026, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 13) is GRANTED and this case is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:**  New York, New York
        May 19, 2026

                                    **TAMMI M. HELLWIG**
                                    _____
                                            **Clerk of Court**

**BY:**

                                    _____
                                            **Deputy Clerk**